Roy D. Kinard DC# 969084
Union Correctional Institution
P.O. Box 1000
Raiford, Florida
    32083-1000

United State's District Court
Clerk of Court
300 N. Hogan Street,
Suite 9-150,
Jacksonville, Florida
    32201

