# EXHIBIT A



## Bureau of Inmate Grievance Appeals
### Formal Grievance Summary By Inmate

Report Date Range:  3/24/2022   To   4/11/2023

Report Date:   4/11/2023

| Date Received | Inmate Number | Inmate Name | Disposition | Class Code | Log Number | Section Responsible | Facility | Comments |
|---|---|---|---|---|---|---|---|---|
| 04/15/2022 | 969084 | KINARD, ROY | Denied | 07H - INADEQUATE TREATMENT (MEDICAL) | 2204-213-083 | HEALTH SERVICES | 213 - UNION C.I. | Log #2204-213-083<br><br>THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.<br><br>Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.<br><br>Inmate Kinard, please be advised records reviewed indicate that you received an x-ray of your foot on 4/18/22 and will have a follow up appointment with the onsite provider in the near future. Please be advised you were also seen by the onsite medical provider on 4/13/22 for a follow up foot injury.<br><br>Based on the above information, your grievance is denied.<br><br>You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, and providing attachments as |



## Bureau of Inmate Grievance Appeals
### Formal Grievance Summary By Inmate

Report Date Range:  3/24/2022   To   4/11/2023

Report Date:   4/11/2023

| Date | ID | Name | Status | Type | Log # | Department | Facility | Response |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St., Tallahassee, Florida, 32399-2500, within 15 calendar days of this mailed response.<br><br>Chief Health Officer<br>　　　　　　　　　　T. Knox, Assistant Warden |
| 05/02/2022 | 969084 | KINARD, ROY | Denied | 07H - INADEQUATE TREATMENT (MEDICAL) | 2205-213-006 | HEALTH SERVICES | 213 - UNION C.I. | THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.<br><br>Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.<br><br>Inmate Kinard, please be advised records reviewed indicate that you have a follow up appointment with the onsite medical provider in the near future.  You were also seen in sick call on 5/10/22 for a fracture, dislocation, and/or sprain.<br><br>Based on the above information, your grievance is denied. |



## Bureau of Inmate Grievance Appeals
### Formal Grievance Summary By Inmate

Report Date Range: 3/24/2022  To  4/11/2023

Report Date: 4/11/2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, and providing attachments as required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St., Tallahassee, Florida, 32399-2500, within 15 calendar days of this mailed response.<br><br>Chief Health Officer<br><br>T. Knox, Assistant Warden |
| 05/16/2022 | 969084 | KINARD, ROY | Returned | 07H - INADEQUATE TREATMENT (MEDICAL) | 2205-213-091 | HEALTH SERVICES | 213 - UNION C.I. | Log #2205-213-091<br><br>THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.<br><br>Your request for Administrative Remedy or Appeal has been received,reviewed and evaluated.<br><br>Inmate Kinard, your request for administrative remedy is in non-compliance with Chapter |



# Bureau of Inmate Grievance Appeals
## Formal Grievance Summary By Inmate

Report Date Range: 3/24/2022 To 4/11/2023

Report Date: 4/11/2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 33-103.014 (1) (m) Inmate Grievance Procedure, which states: A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it.<br><br>This office has previously addressed this issue in grievance log number 2205-213-006. We will not readdress the issue or your allegations, as there is no provision in the grievance process to appeal a decision already rendered by this office.<br><br>Based on the above information, your grievance is returned without action.<br><br>Chief Health Officer<br><br>T. Knox, Assistant Warden |
| 05/19/2022 | 969084 | KINARD, ROY | Denied | 07H - INADEQUATE TREATMENT (MEDICAL) | 2205-213-116 | HEALTH SERVICES | 213 - UNION C.I. | Log #2205-213-116<br><br>THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.<br><br>Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. |



**Bureau of Inmate Grievance Appeals**
Formal Grievance Summary By Inmate

Report Date Range:  3/24/2022   To   4/11/2023

Report Date:   4/11/2023

Inmate Kinard, there is no indication that you have been denied access to medical or denied medical care. Records reviewed indicate that you were seen by the onsite medical provider on 5/18/22, had a repeat x-ray on 5/31/2022, and have a follow up appointment with the onsite medical provider in the near future. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care.

Based on the above information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, and providing attachments as required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St., Tallahassee, Florida, 32399-2500, within 15 calendar days of this mailed response.

Chief Health Officer
T.

|  |  | Knox, Assistant Warden |
|---|---|---|
| Total: | 4 |  |

Case 3:22-cv-00897-MMH-J_T   Document 54-1   Filed 07/31/23   Page 7 of 9 PageID 329

# Florida Department of Corrections
## Inmate Grievance

Home    Formal Grievance    Informal Grievance    Appeal    Reports

## Search Appeals Records

### Search Criteria

**Case Number**

**Disposition**

**Inmate Number**
969084

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
03/24/2022

**Ending Received Date**
03/20/2023

**Beginning Disposition Date**

**Ending Disposition Date**

**MINS Number**

**Subject**

**Facility**

☐ Emergency   ☐ Chemical Used?   ☐ Direct File

**Class Code**

Search   Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Responded | Mailed | Disposition | | |
|---|---|---|---|---|---|---|---|---|
| 22-6-13257 | KINARD, ROY (969084) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-05-03 | 2022-05-11 | 2022-05-13 | DENIED | Edit | Details |
| 22-6-15549 | KINARD, ROY (969084) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-05-20 | 2022-06-08 | 2022-06-10 | DENIED | Edit | Details |
| 22-6-17001 | KINARD, ROY (969084) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-06-01 | 2022-06-24 | 2022-06-29 | RETURNED | Edit | Details |
| 22-6-18340 | KINARD, ROY (969084) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-06-13 | 2022-07-01 | 2022-07-08 | DENIED | Edit | Details |

1

**4 Records Found**

CONFIDENTIALITY NOTICE. The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.