# EXHIBIT B

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

S/S

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Kinard           Roy            D.                   969084              Union C.I.
Last            First      Middle Initial          DC Number           Institution

### Part A – Inmate Grievance

Medical Issue:

On 3-24-22 in I-Dorm I slipped in water from the leaking roof on wing one between Appx 1:15 to 1:35 PM. On 3-27-22 a sick call slip was put in the box. I was never seen. On 4/4/22 I submitted another sick call. On 4-7-22 I was seen at sick call and was taking over to see the Doctor on duty. I was given crutches, my foot was wrapped and I was told that I would have ex rays done on 4/11/22 as I had a possible fracture in my foot. Further I was told that I would be called back to see the doctor to go over my ex rays on 4/13/22. I've not been called for the ex rays and I'm not on the callout for the Dr. for 4/13/22. To note, my foot was swollen, black, in a lot of pain from the fall. The video will show that I slipped from the leaking water from the servere rain we had. This has been 20 days since I've damaged my foot. If there is a fracture in my foot from not getting adequate medical care could very well have damaged my foot from to proper healing. I'm requesting that I get the medical care needed ASAP as this has went on without proper care for to long.

SEE ATTACHED RESPONSE

4/12/2022
DATE

Roy D. Kinard 969084
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  # 01   Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

## PART B - RESPONSE

| KINARD, ROY | 969084 | 2204-213-083 | UNION C.I. | I12071 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log #2204-213-083

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Inmate Kinard, please be advised records reviewed indicate that you received an x-ray of your foot on 4/18/22 and will have a follow up appointment with the onsite provider in the near future. Please be advised you were also seen by the onsite medical provider on 4/13/22 for a follow up foot injury.

Based on the above information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, and providing attachments as required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St., Tallahassee, Florida, 32399-2500, within 15 calendar days of this mailed response.

Chief Health Officer

A. Llorens, Site MD

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

T. Knox, Assistant Warden

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE 4/21/22

MAILED

APR 21 2022

UCI GRIEVANCE OFFICE

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Kinard, Roy D. — 969084

Last / First / Middle Initial — DC Number

RECEIVED MAY 05 2022
Department of Corrections
Inmate Grievance Appeals

**Part A – Inmate Grievance**

Medical Appeal 22-6-13257

My argument in my grievance was that I did not receive the ex ray for my foot on the date I was told 4/11/2022. Further I was not seen for a follow up visit on the 13th of April 2022. I had submitted another sick call and filed the grievance is why I was called to medical. The answer given does not pertain to the grievance written on 4/12/22. See attached grievance. The answer in no way addressed the issue.

5/2/2022
DATE

Roy K. Kinard
SIGNATURE OF GRIEVANT AND D.C. #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: #1

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached

*[Stamp: RECEIVED WITH AGENCY CLERK MAY 13 2022 Department of Corrections Bureau of Inmate Grievance Appeals]*

## PART B - RESPONSE

| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |
|---|---|---|---|---|
| KINARD, ROY | 969084 | 22-6-13257 | UNION C.I. | I12071 |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Llorens on 4/21/22 appropriately addresses the issue you presented.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_ | _[signature]_ | 5/11/22
---|---|---
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE