# EXHIBIT C

**FLORIDA DEPARTMENT OF CORRECTIONS**

5/22

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Kinard Roy D.     969084     Union C.I.
Last   First   Middle Initial     DC Number     Institution

**Part A – Inmate Grievance**

Medical Issue

On 4/18/2022 I received an ex ray for my foot from slipping in water from a leaking roof on 3/24/2022. I was told I would be seen with-in a few days, but before my lay in expired on 4/27/2022. I've not been seen and my left ankle is still swollen, in pain and is not healing as a lay person can see its not right.

4/30/2022
DATE

Roy D. Kinard
SIGNATURE OF GRIEVANT AND D.C. #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _____
                                                                           #     Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
MAY 0 2 2022

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: 2205-213-006
BY: (Date) _____                                                 (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY       CENTRAL OFFICE
                   INMATE (2 Copies)           INMATE
                   INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                   INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

Medical

074

## PART B - RESPONSE

| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |
|---|---|---|---|---|
| KINARD, ROY | 969084 | 2205-213-006 | UNION C.I. | I12071 |

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Inmate Kinard, please be advised records reviewed indicate that you have a follow up appointment with the onsite medical provider in the near future. You were also seen in sick call on 5/10/22 for a fracture, dislocation, and/or sprain.

Based on the above information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, and providing attachments as required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St., Tallahassee, Florida, 32399-2500, within 15 calendar days of this mailed response.

Chief Health Officer                           T. Knox, Assistant Warden

A. Llorens, Site MD

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 5/13/22

MAILED
MAY 13 2022
UCI GRIEVANCE OFFICE

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

med

rec'd 5/23/22 MN

RECEIVED MAY 26 2022 Department of Corrections Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Kinard / Roy / D.   968084   Union C.I.
Last / First / Middle Initial   DC Number   Institution

Medical Issue Appeal:

Part A – Inmate Grievance    22-6-15599

The answer to #2205-213-006 Formal Grievance does not address the issues raised. As I was supposed to be seen for a follow visit - ex ray within a week but before my lay in was up. The answer was that I would be seen for a follow up in the near future and I was also seen on 5/10/22 sick call. The sick call was initiated from myself, not from medical or Department of corrections doing anything to address the fact that there is a serious medical issue to my foot that I'm forced to walk, work on a swollen ankle in pain.

5/20/22
DATE

Roy D. Kinard
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _____
                                                                        #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 5/20/22   Institutional Mailing Log #: R9985   S. Thompson
                            (Date)                                        (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY     CENTRAL OFFICE                          07A
               INMATE (2 Copies)        INMATE
               INMATE'S FILE            INMATE'S FILE - INSTITUTION./FACILITY
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE       2205-(213)-006
DC1-303 (Effective 11/13)               CENTRAL OFFICE GRIEVANCE FILE
                      Incorporated by Reference in Rule 33-103.006, F.A.C.

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| KINARD, ROY | 969084 | 22-6-15549 | UNION C.I. | I12071 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

Records reviewed indicate that you had x-rays preformed again on 05/31/2022, and are scheduled to see the Physician, where you can address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_T. Bowden_
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

6/8/22
DATE