# EXHIBIT D

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

6/5

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| Kinard | Roy | D. | 969084 | Union C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

969084

**Part A – Inmate Grievance**

Medical Issue:

On 5/11/22 I was seen at sick call about my continuing problem with my damaged foot from a slip and fall on March 24, 22 and was informed that I was scheduled to see the Dr. on 5/13/22 so the sick call nurse said there was no reason to schedule me.

It is now 5/16/22 and I've still not seen any DR. My ankle is still swollen, discolored and I'm in continuous pain. This is clearly inappropriated medical treatment as this has been ongoing since March 24, 2022.

5/16/2022
DATE

Roy D. Kinard
SIGNATURE OF GRIEVANT AND D.C. #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _____
# / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
MAY 16 2022

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: 2205-2B-09 / _____
BY: (Date)                                                                    (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY — INMATE (2 Copies) / INMATE'S FILE / INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE — INMATE / INMATE'S FILE - INSTITUTION./FACILITY / CENTRAL OFFICE INMATE FILE / CENTRAL OFFICE GRIEVANCE FILE

Medical

DC1-303 (Effective 11/13)
From

Incorporated by Reference in Rule 33-103.006, F.A.C.

07H

## PART B - RESPONSE

| KINARD, ROY | 969084 | 2205-213-091 | UNION C.I. | I12071 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log #2205-213-091

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Inmate Kinard, your request for administrative remedy is in non-compliance with Chapter 33-103.014 (1) (m) Inmate Grievance Procedure, which states: A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it.

This office has previously addressed this issue in grievance log number 2205-213-006. We will not readdress the issue or your allegations, as there is no provision in the grievance process to appeal a decision already rendered by this office.

Based on the above information, your grievance is returned without action.

Chief Health Officer                           T. Knox, Assistant Warden

A. Llorens, Site MD

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 5/20/22

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUN 03 2022
Department of Corrections

Rec'd 5/31/22 MM

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Kinard, Roy D. — 969084 — Union C.I.
Last  First  Middle Initial  —  DC Number  —  Institution

### Part A – Inmate Grievance

Medical Issue:    22-6-19001

My grievance was denied on 5/20/22 saying that the issue was previously addressed in grievance log # 2205-213-006. This is two separate issue, so the medical problem was not addressed. One issue dealt with ex rays and one issue dealt with not being seen by the DR. This is a serious problem and shows the inadequate medical that has been going on since March 24, 2022.

5/28/2022
DATE

Roy D. Kinard
SIGNATURE OF GRIEVANT AND D.C. #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: # 0 / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 6-1-22  Institutional Mailing Log #: 130001   K Barnett (Received By)  07H

2205-213-006
2205-213-091

DISTRIBUTION:
INSTITUTION/FACILITY     CENTRAL OFFICE
INMATE (2 Copies)        INMATE
INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                         CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| KINARD, ROY | 969084 | 22-6-17001 | UNION C.I. | I12071 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule and it was returned without action.

Therefore, your appeal is being returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

T. Bowden
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

6/24/22
DATE