# EXHIBIT E

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

6/8

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden       ☐ Assistant Warden       ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Kinard Roy D. _____    969084 _____    Upion C.I. _____
Last    First    Middle Initial          DC Number           Institution

**Part A – Inmate Grievance**

Medical Issue:

On 5/18/2022 I was seen by DR. LLoren "cmp" and I explained that my foot which was injured from slipping in water was still discolored, swollen, hurts when I walk and that I have constant pain. DR. LLoren "c.m.p." explained that my ex rays showed that nothing was broken and the soft tissues were good. I asked about maybe it being any tendons, ligaments or cartliges that were torn. DR LLoren at this point looked at the discolor, swollen ankle and said that I'm getting old and it will take a while to heal, that there's nothing wrong with the soft tissues ex-rays do not show soft tissues damage. Thus DR. LLorens diaposis that there is nothing wrong with the soft tissues tendons, ligaments, cartliges etc. etc... is clearly indifferent to my injured ankle that is not healing.

A lay person can see that something is still wrong with my foot from slipping on the water on March 24, 2022.

5/18/2022 _____          ~~SEE ATTACHED~~          Roy D. Kinard
DATE                              ~~RESPONSE~~          SIGNATURE OF GRIEVANT AND D.C. #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:     Ø     /
                                                                        #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: MAY 1 9 2022 _____     Institutional Mailing Log #: 2205-2B-116 _____
                          (Date)                                                            (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY               CENTRAL OFFICE
                 INMATE (2 Copies)                  INMATE
                 INMATE'S FILE                      INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE       CENTRAL OFFICE INMATE FILE
                                                    CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.          074

Medical

**PART B - RESPONSE**

| KINARD, ROY | 969084 | 2205-213-116 | UNION C.I. | !12071 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Log #2205-213-116

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received,
reviewed and evaluated.

Inmate Kinard, there is no indication that you have been denied access to medical or denied medical care.  Records reviewed indicate that you were seen by the onsite medical provider on 5/18/22, had a repeat x-ray on 5/31/2022, and have a follow up appointment with the onsite medical provider in the near future.  You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care.

Based on the above information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, and providing attachments as required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St., Tallahassee, Florida, 32399-2500, within 15 calendar days of this mailed response.

Chief Health Officer                                    T. Knox, Assistant Warden

A. Llorens, M.D.
SMD.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 4/3/22 DATE |
|---|---|---|

MAILED

JUN 0 6 2022

UCI GRIEVANCE OFFICE

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JUN 17 2022
Inmate Grievance Appeals

6/13/22 MM

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Kinard Roy J       969084       Union C.I.
Last  First  Middle Initial   DC Number   Institution

**Part A – Inmate Grievance**          22-6-18346

Medical Issue Appeal:

The response to the formal Grievance # 2205-213-116 is inadequate where it states that I have not been denied "access to medical or denied medical care". This was not even the issue.

The issue was that DR. Lloren told me that the x-rays show that there was nothing broken and when I asked him about tendons, ligaments etc. etc, he stated that "I was getting old and it would take a while to heal"

This response by Dr. Lloren was not only clearly indifferent to the excruciating pain I was suffering, but also the fact that my ankle was still extremely swollen and discolored was never even considered.

The response to the formal grievance also does not take into consideration the fact that my ankle has since been determined to be "Broken" and I have been forced to walk on it for almost three months due to DR. Llorens indifference.

6/10/2022
DATE

Roy D. Kinard DC#969084
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0

#   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ Institutional Mailing Log #: _____

(Date)                                        (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY   CENTRAL OFFICE
               INMATE (2 Copies)      INMATE
               INMATE'S FILE          INMATE'S FILE - INSTITUTION./FACILITY
               INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                       CENTRAL OFFICE GRIEVANCE FILE

07H
2205-213-116

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| KINARD, ROY | 969084 | 22-6-18340 | UNION C.I. | I12071 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 06/03/2022 appropriately addresses the issues you presented.

Records reviewed indicate that you were seen by the Physician on 06/10/2022, where you could address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |