FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA 2023 AUG 14  PM 12: 28
## JACKSONVILLE DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

ROY DAVID KINARD,

      Plaintiff,

v.

THE FLORIDA DEPARTMENT
OF CORRECTIONS et.al.,

_____/

Case No.: 322-cv-897-MMH-JBT

## AFFIDAVIT IN OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby swears to this factual statement that staff at Union C.I.

told him that if he was not bleeding or dying that it is not a medical

emergency, and witnesses will be called in jury trial to confirm this

statement from several different prisons including Union C.I.

Plaintiff hereby swears to in this affidavit attached hereto that R.N.

Gilbert told Plaintiff to file a grievance and lawsuit because Doctor Llorens

was not given him proper medical-care and she knew his foot was in worse

shape than what Dr. Llorens was alleging and believed it was broke before

they finally confirmed it was actually broken.

Plaintiff further alleges that he was told by several staff that the

reason why they cut back on medical were to save as much money as they

could because that meant a bigger bonus at the end of the year for the

higher ups in the medical department.

1

Plaintiff further swears that his foot swells daily and has not healed properly and has several witnesses to testify to this fact and further Plaintiff swears that anyone can see that Plaintiffs ankle is at all times twice the size of what it should be, and will provide medical records through discovery that Plaintiffs blood pressure was 179/90., 160/91., 152/95., 156/90 due to the extreme pain he was in from his fractured foot he was forced to walk on for months.

FURTHER AFFIANT SAYETH NAUGHT

Respectfully submitted,

Roy David Kinard DC# 969084
Cross City C.I.
568 NE 255th Street,
Cross City, Florida 32628

2